OPINION — AG — A DEPENDENT WHO HAD A MARRIAGE ANNULLED WAS NEVER MARRIED, AND CONSEQUENTLY, THAT DEPENDENT COULD RECEIVE BENEFITS UNDER THE STATE EMPLOYEES GROUP HEALTH AND LIFE INSURANCE ACT. CITE: 74 O.S. 1978 Supp., 1303 [74-1303](F), 75 O.S. 1978 Supp., 1303 [75-1303](I), 12 O.S. 1971 1281 [12-1281] [12-1281](A)(B), 12 O.S. 1977 Supp., 1283 [12-1283] (STEVEN F. SHANBOUR)